IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PAUL SCHMIEDING,<br><br>Defendant. | MJ 25-91-BLG-JTJ<br><br>ORDER |

Defendant John Paul Schmieding has filed an unopposed motion to vacate the preliminary hearing and detention hearing currently scheduled for October 8, 2025. Accordingly, and good cause appearing,

IT IS ORDERED that Defendant's motion is GRANTED. Defendant's preliminary hearing and detention hearing set for October 8, 2025 are VACATED.

DATED this 8th day October, 2025.

                                              Kathleen L. DeSoto
                                              United States Magistrate Judge